IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. CHARLES SHULRUFF, D.D.S., on behalf of himself and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 20 C 6384 |
| v. | ) ) | Judge Kennelly |
| IQVIA INC., and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Cummings |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Dr. Charles Shulruff, D.D.S. ("Plaintiff") and Defendant IQVIA Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff dismisses his class claims against Defendant without prejudice and without costs. Plaintiff dismisses his claims against defendant John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

Curtis C. Warner
5 E. Market St., Suite 250
Corning, NY 14830
(888) 551-8685

s/ Edward C. Eberspacher (w/ consent)
Edward C. Eberspacher
MEYER LAW GROUP, LLC
30 N. LaSalle Street, Suite 1410
Chicago, IL 60602
(312) 265-0565

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on Wednesday, February 10, 2021, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system, which caused notice via email to be sent to the following:

      Edward C. Eberspacher
      Meyer Law Group, LLC
      30 N. LaSalle Street, Suite 1410
      Chicago, IL 60602
      teberspacher@meyerlex.com

      Curtis C. Warner
      5 E. Market Street, Suite 250
      Corning, NY 14830
      cwarner@warner.legal

                                    s/ Heather Kolbus
                                    Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)