# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charles M. Shulruff, D.D.S.

                        Plaintiff,

v.                                                     Case No.: 1:20−cv−06384
                                                             Honorable Matthew F. Kennelly

IQVIA Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 11, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's individual claims against defendants are dismissed with prejudice and without costs pursuant to stipulation. Plaintiff's class claims are dismissed without prejudice. Plaintiff's claims against the "Doe" defendants are also dismissed without prejudice. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.